# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1399
_____

ADRIAN MENDOZA,

Petitioner,

v.

MAJOR JEFF CLOUTIER, Director,
Alachua County Department of
the Jail,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


June 3, 2024


PER CURIAM.

DISMISSED.

B.L. THOMAS, RAY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Stacy A. Scott, Public Defender, and Matthew Landsman, Assistant Public Defender, Gainesville, for Petitioner.

No appearance for Respondent.